**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| WHITE KNIGHT DINER, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:17-cv-02406-MTS |
| ) | |
| OWNERS INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment is entered in favor of Defendant Owners Insurance Company on all counts and against Plaintiffs White Knight Diner, LLC, Larry Lee Hinds, and Karen Freiner on all counts.

Dated this 2nd day of August, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE